## File Hashes for IP Address 69.133.96.114

**ISP:** Time Warner Cable
**Physical Location:** Oxford, OH

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2014 05:44:01 | 369106ECC02BB5A24A05B7841CAB31544D441434 | Thunderstorm Love |
| 08/05/2014 13:55:26 | AD595D864F4D440B94B01EE3D4C0ED9E6F16517A | Sweet Awakening |
| 07/13/2014 02:56:48 | 2B0C40A1C07E365673E51FB229CCC8227C68AB48 | Technicolor Dreams |
| 07/12/2014 14:12:41 | A0C31FFCC9699E734C614D0F426265BDDB915E7A | Lonesome Without You |
| 07/12/2014 14:05:42 | A3489404D5BC89A23C5693702FBAE237D7F447BE | In My Living Room |
| 07/08/2014 16:21:38 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/08/2014 16:13:54 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |
| 07/03/2014 20:56:49 | 269724BDBC02FD4F3345379C436B2F9CE22271CE | Fantasy Come True |
| 06/27/2014 21:08:27 | 0EA2EC08BA5DB34365E0C698AFAA6EDFC96EC72C | Meet My Lover From Austria |
| 06/26/2014 12:38:06 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 06/13/2014 12:19:06 | AD4B14C025953EEFA53E2E6BE55662B667E82D43 | From Three to Four Part 2 |
| 06/13/2014 12:13:29 | B421AC8F16FA0562E69DC95B84CE042DF13C3C1E | From Three to Four |
| 05/26/2014 14:03:35 | 806F51A7C8397E71886C9C343984B3485B30DBA9 | Only Lorena |
| 05/23/2014 23:34:46 | 2D08D37CDF85A503B60DBEC7C9DFB6FE79AFE4DF | Lovers at Home |
| 05/22/2014 18:51:40 | C806E5CF6DEAC2576B5A6323C3A2D35244FD06DC | Surprise Surprise |
| 05/03/2014 13:04:44 | 494E335FE385FE894BD0C2F92371490EF79C3D2F | Tantric Massage |
| 03/16/2014 14:17:19 | 4375BAF47BD1A21956B1DD461EDF3CCA3B75BC4D | Getting Ready For You |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

SOH116