**Copyrights-In-Suit for IP Address 69.133.96.114**

**ISP:** Time Warner Cable
**Location:** Oxford, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/26/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/08/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 07/03/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 06/13/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/13/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 03/16/2014 |
| In My Living Room | PA0001895088 | 05/01/2014 | 05/12/2014 | 07/12/2014 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 07/12/2014 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 05/23/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 06/27/2014 |
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 05/26/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/22/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 08/05/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/03/2014 |
| Technicolor Dreams | PA0001843101 | 04/27/2013 | 05/14/2013 | 07/13/2014 |
| Thunderstorm Love | PENDING | 08/13/2014 | 08/21/2014 | 08/21/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/08/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B

SOH116